

**Law Offices of**
**PHILIP J. DANAHER, ESQ.**
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                   Fax (518) 463-4386

August 3, 2011

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York   12207

RE:   Dianna G Rose
      Chapter 7 Case No. 08-11202

Dear Clerk:

In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $4.46 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

$4.46 to-
Resurgent Capital Services (Claim no. 4)
PYOD LLC its successors and assigns
as assignee of Citibank
PO Box 10587
Greenville, SC 29603-0587

Very truly yours,

/s/ Philip J. Danaher

Philip J. Danaher
Chapter 7 Trustee

PJD:lbd
Enclosures